AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>FREDDY SANCHEZ-VARGAS,<br>a/k/a "C.D.V."<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-6364-AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 30, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1542. | Use of passport obtained by false statement |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Jose Santana, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/31/19

_____
*Judge's signature*

City and state: Ft. Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

Your Affiant, Jose Santana, being duly sworn, hereby dispose and state the following:

1. I am a Customs and Border Protection ("CBP") Enforcement Officer at the Fort Lauderdale International Airport and Port Everglades, and have been so employed since 2008. From 2005 through 2008, I was a CPB Officer at the Miami Seaport. I am responsible for conducting investigations of criminal violations of the Immigration and Nationality Act, as well as related offenses contained in Title 8 and 18 of the United States Code.

2. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause.

3. On July 30, 2019, at approximately 7 a.m., an individual claiming to be "C.D.V.," born in Puerto Rico in October 1990, arrived at Fort Lauderdale International Airport on board Spirit Airlines Flight 434 from Managua, Nicaragua. The individual, later identified as SANCHEZ-VARGAS, applied for admission into the United States at a CBP kiosk, during which time, he presented a United States Passport in the name of C.D.V.

4. A CBP officer subsequently interviewed SANCHEZ-VARGAS, in English, about his application for admission. During the interview, the CBP officer noticed that SANCHEZ-VARGAS did not appear to have an accent consistent with being raised in Puerto Rico. In addition, SANCHEZ-VARGAS was unable to answer basic questions about Puerto Rico. As a result, SANCHEZ-VARGAS was referred for secondary

passport control.

5.   At secondary passport control, SANCHEZ-VARGAS was placed under oath and interviewed, in English, by another CBP officer. During this interview, SANCHEZ-VARGAS admitted his real name, that he is a citizen of Nicaragua, and that he has no legal status in the United States. He further stated that he had purchased the birth certificate and other documentation in the name of C.D.V. for $500 and used those documents to obtain the passport in the name of C.D.V.

6.   Based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about July 30, 2019, at Fort Lauderdale International Airport, in Broward County, in the Southern District of Florida, FREDDY SANCHEZ-VARGAS, a/k/a "C.D.V.," did willfully and knowingly use and attempt to use a passport, the issue of which was secured by reason of a false statement, in that the defendant represented himself to be "C.D.V.," when in truth and in fact, and as the defendant then and there well knew, he was not the person "C.D.V.," in violation of Title 18, United States Code, Section 1542.

Further Affiant sayeth naught.

_____
Jose Santana, Officer
Customs and Border Protection

Subscribed and sworn to before me
on this 31st day of July, 2019.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

2